**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMC FUND, L.P.,

        Plaintiff,

v.

DENDREON PHARMACEUTICALS LLC,

        Defendant.
-----------------------------------------------------------X

Civil Action No. 1:24-cv-04549

AFFIRMATION OF SERVICE

        **JAMES E. VOELKL, JR.**, affirms that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 18 day of June, 2024, at approximately 8:25 am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL RULES & PRACTICES FOR THE UNITED STATES DISTRICT JUDGE, HONORABLE MARGARET M. GARNETT AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **DENDREON PHARMACEUTICALS LLC** at Attn: Cheng Zeng, 1700 Saturn Way, Seal Beach, CA 90740, by personally delivering and leaving the same with **HUGO VARGAS**, who is a Material Acceptance and is authorized to receive service for that company.

        **HUGO VARGAS** is a tan skin Hispanic male, approximately 50 years of age, stands approximately 6 feet tall, and weighs approximately 220 pounds and had a bald head.

        **JAMES E. VOELKL, JR.**, affirms this 24th day of June, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

_/s/ James E. Voelkl_
JAMES E. VOELKL, JR.

# 299840

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com