IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMC FUND, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> DENDREON PHARMACEUTICALS LLC, <br><br> Defendant. | Case No. 1-24-cv-04549 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, hereby appears as counsel of record for Defendant Dendreon Pharmaceuticals LLC, and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the undersigned. I certify that I am admitted to practice before this Court.

Dated: New York, New York
July 9, 2024

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Rachel E. Epstein*
Rachel E. Epstein
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7485
rachelepstein@quinnemanuel.com

*Counsel for Defendant Dendreon Pharmaceuticals LLC*

1