# quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7485**

WRITER'S INTERNET ADDRESS
**rachelepstein@quinnemanuel.com**

July 9, 2024

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: AMC Fund, L.P. v. Dendreon Pharmaceuticals LLC, 1:24-cv-04549-MMG (S.D.N.Y.): Unopposed Request for Extension of Time to Respond to the Complaint

Dear Judge Garnett:

     We represent Defendant Dendreon Pharmaceuticals LLC in the above-referenced matter. Defendant writes pursuant to the Court's Individual Rules & Practices I(B)(5) to respectfully request a 45-day extension of the deadline to respond to the Complaint (Dkt. No. 1), from the docketed July 9, 2024 date (Dkt. No. 12) to August 23, 2024. The parties met and conferred on this request on July 8, 2024, and Plaintiff consents to Defendant's request.

     Defendant requests this extension because the undersigned counsel was only recently retained on July 3, 2024, and counsel requires additional time to evaluate the complaint. In addition, the parties had their initial meet and confer on July 8, 2024, and require more time to discuss the action between the parties. The requested extension will thus conserve judicial and party resources and promote efficiency. Plaintiff has consented to Defendant's requested extension. No prior extensions have been requested, and this extension will not change any other scheduled deadlines.

     Defendant therefore respectfully requests that the Court "So Order" this letter motion. We are available at the Court's convenience should the Court have any questions or concerns.

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

*/s/ Rachel E. Epstein*
Rachel E. Epstein

cc: All counsel of record (via ECF)