August 28, 2024

<u>**Via ECF**</u>
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>AMC Fund, L.P. v. Dendreon Pharmaceuticals LLC, 1:24-cv-04549-MMG (S.D.N.Y.):
Joint Letter Motion Requesting Adjournment Of Initial Pretrial Conference</u>

Dear Judge Garnett:

The parties in the above-referenced matter write jointly pursuant to the Court's Individual Rules & Practices I(B)(5) to respectfully request an adjournment of the Initial Pretrial Conference, from the current September 5, 2024 date (Dkt. No. 16 at 2) to October 2, 2024, or a later date at the Court's discretion.

On July 9, 2024, the Court extended the docketed deadline for Defendant to respond to the complaint to August 23, 2024, and also adjourned the Initial Pretrial Conference in this matter to September 5, 2024. *Id.* On August 23, 2024, the Court further extended the deadline for Defendant to respond to the complaint to September 13, 2024, to allow the parties more time to discuss the action, including the potential for an amicable resolution. Dkt. No. 19 at 2. Accordingly, the parties plan to meet with counsel on September 5, 2024, to discuss the same. The requested adjournment will thus conserve judicial and party resources and promote efficiency. The requested adjournment will not change any other scheduled deadlines.

The parties therefore respectfully request that the Court "So Order" this letter motion. The parties are available at the Court's convenience should the Court have any questions or concerns.

Respectfully submitted,

---

GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to **October 10, 2024 at 9:30a.m.** In the meantime, should the parties mutually believe that a referral to the Magistrate Judge for a settlement conference or to the S.D.N.Y. Court-Annexed Mediation/ADR program would be helpful to the parties' resolution discussions, please so inform the Court by joint letter.

SO ORDERED. Dated August 29, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| */s/ Amy P. Hefley* <br> Amy P. Hefley <br> **BAKER BOTTS L.L.P.** <br> 910 Louisiana Street <br> Houston, TX 77002 <br> Tel.: (713) 229-1270 <br> Fax: (713) 229-2770 <br> Email: amy.hefley@bakerbotts.com <br><br> *Counsel for Plaintiff* | */s/ Rachel E. Epstein* <br> Rachel E. Epstein <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> Tel.: (212) 849-7000 <br> Fax: (212) 849-7100 <br> Email: rachelepstein@quinnemanuel.com <br><br> *Counsel for Defendant* |