```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/14/2025
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMC Fund, L.P.,

    Plaintiff,

v.

Dendreon Pharmaceuticals LLC,

    Defendant.

Civil Case No.: 1:24-cv-04549 (MMG)

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Agreed Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff AMC Fund, L.P. ("AMC") and Defendant Dendreon Pharmaceuticals LLC ("Dendreon"), the Court hereby **GRANTS** the Motion and orders as follows:

The Court **ORDERS** that all AMC's claims against Dendreon in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**.

The Court further **ORDERS** that all taxable costs and attorneys' fees be paid by the Party incurring same.

This is a Final Judgment that disposes of all claims and all parties in the above-captioned action. The Clerk of Court is respectfully directed to CLOSE this case.

SO ORDERED. Dated
March 14, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE